Case 4:22-cr-00054   Document 1   Filed on 02/03/22 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED

*February 03, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> ANGELA MITCHELL § <br> a.k.a. Angela Mackey § <br> Defendant. § | Criminal No. **4:22-cr-54** |

# INFORMATION

The United States Attorney for the Southern District of Texas charges:

## General Allegations

At all times material to this Information, unless otherwise specified:

### Medicare

1. The Medicare Program (Medicare) was a federal "health care benefit program" as defined by Title 18, United States Code, Section 24(b). Individuals receiving benefits under Medicare were referred to as Medicare "beneficiaries."

2. "Part A" of the Medicare program covered certain eligible home-healthcare services provided by a home healthcare agency ("HHA").

3. A Medicare claim was required to set forth, among other things, the services that were performed for the beneficiary and the name and identification number of the physician or other healthcare provider that ordered the services.

4. The Medicare program paid for home healthcare services only if the patient qualified for home healthcare benefits.

### Ebra Home Health

5. Ebra Health Care Services Inc ("Ebra"), based in Houston, Texas, purportedly

provided home health services to Medicare beneficiaries from in or around January 2013 to in and around March 2018.

6. Defendant **ANGELA MITCHELL**, a resident of Harris County, Texas, operated Ebra from in or around September 2016 through in or around June 2017.

7. "Clinic 1" was an undercover clinic operating in Houston, Texas.

8. "Clinical operator" worked at Clinic 1.

9. "Physician A" was associated with Clinic 1.

## COUNT 1

### Conspiracy to Defraud the United States and to Pay and Receive Health Care Kickbacks
### (18 U.S.C. § 371)

10. Paragraphs 1 through 9 of this Information are realleged and incorporated by reference as if fully set forth herein.

11. From in and around September 2016 through in or around June 2017, the exact dates being unknown, in the Houston Division of the Southern District of Texas, and elsewhere, the Defendant,

**ANGELA MITCHELL**

did knowingly and willfully combine, conspire, confederate and agree with her coconspirators, known and unknown, to commit certain offenses against the United States, that is,

    a. to defraud the United States by impairing, impeding, obstructing and defeating through deceitful and dishonest means, the lawful government functions of the United States Department of Health and Human Services in its administration and oversight of the Medicare program; and to commit certain offenses against the United States, that is:

b.  to violate Title 42, United States Code, Section 1320a-7b(b)(1), by knowingly and willfully soliciting and receiving remuneration, specifically, kickbacks and bribes, directly and indirectly, overtly and covertly, in return for referring individuals to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole or in part by Medicare; and for the purchasing, leasing, ordering and arranging for and recommending the purchasing, leasing and ordering of any good, item and service for which payment may be made in whole and in part by a Federal health care program, that is, Medicare; and

c.  to violate Title 42, United States Code, Section 1320a-7b(b)(2), by knowingly and willfully offering and paying remuneration, specifically kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind to any person to induce such person to refer an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole or in part under a Federal health care program, that is, Medicare; and for the purchasing, leasing, ordering, and arranging for and recommending the purchasing, leasing, and ordering of any good, facility, service, and item for which payment may be made in whole and in part under a Federal health care program, that is, Medicare.

### Purpose of the Conspiracy

12.  It was a purpose of the conspiracy for the Defendant **ANGELA MITCHELL**, and her co-conspirators to unlawfully enrich themselves by paying kickbacks and bribes in exchange for the referral of Medicare beneficiaries for whom Ebra submitted claims to Medicare.

### Manner and Means of the Conspiracy

The manner and means by which the Defendant **ANGELA MITCHELL** and her co-

conspirators sought to accomplish the purpose and objects of the conspiracy included, among other things, the following:

13. Defendant **ANGELA MITCHELL** and her coconspirators, known and unknown, paid and caused the payment of kickbacks to "Clinic 1" in exchange for referring Medicare beneficiaries to Ebra for home health services.

14. Defendant **ANGELA MITCHELL** and her coconspirators paid the kickbacks to bypass the medical necessity review.

15. In exchange for payment, "Clinical operator" provided **ANGELA MITCHELL** with home health referral and certification paperwork signed by "Physician A". The certification paperwork would permit **ANGELA MITCHELL** and Ebra to bill for home health services and collect payment from Medicare, bypassing the medical necessity review ordinarily performed in the course of a home health referral.

16. **ANGELA MITCHELL** and her coconspirators, after paying kickbacks to "Clinic 1", and after receiving "Physician A"'s signature on medically unnecessary home health paperwork, submitted home health claims for Medicare beneficiaries.

17. From in and around September 2016 to in and around April 2017, **ANGELA MITCHELL** and her conspirators, known and unknown to the Grand Jury, submitted or caused the submission of home health claims worth approximately $115,084 to Medicare that were predicated on illegal kickbacks to "Clinic 1" and for patients certified without regard to medical necessity.

All in violation of Title 18, United States Code, Section 371.

## Overt Acts

18. In furtherance of the conspiracy, and to accomplish its objects and purposes, the

conspirators committed and caused to be committed, in the Houston Division of the Southern District of Texas, the following overt acts:

    a.    On or about February 10, 2017, Defendant **ANGELA MITCHELL** paid or caused the payment of approximately $2,480 to "Clinic 1" in exchange for "Physician A"'s signature on home health paperwork for Ebra's Medicare beneficiaries.

All in violation of Title 18, United States Code, Section 371.

### NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 982(a)(7))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States of America gives notice to Defendant **ANGELA MITCHELL** that upon conviction of Count One, all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offense is subject to forfeiture.

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_/s/ Abdul Farukhi_
ABDUL FARUKHI
Special Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-0997
E-mail: Abdul.Farukhi@usdoj.gov